**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**FELIPE DOMINGUEZ FERNANDEZ**

**VERSUS**

**BRIAN ACUNA, ET AL.**

**CIVIL ACTION**

**No. 26-375-SDD-RLB**

## ORDER

Considering the Government's Notice (Doc. 12) that Petitioner has not been deported as previously represented to the Court (Doc. 14 at 1),

**IT IS ORDERED** that the briefing schedule set forth at the April 20 status conference (Doc. 14 at 2) is hereby **VACATED**.

**IT IS FURTHER ORDERED** that, following recent developments, any amendments to the Motion for Temporary Restraining Order (Doc. 8) shall be filed by 12:00 p.m., Wednesday, April 22, 2026.

**IT IS FURTHER ORDERED** that Respondents shall file any response to the Motion for Temporary Restraining Order (Doc. 8) by Friday, April 24, 2026. Petitioner's reply, if any, shall be filed by Monday, April 27, 2026.

Finally, **IT IS FURTHER ORDERED** that Respondents shall not remove Petitioner from the Middle District of Louisiana or the United States for a period of 14 days from this order, to allow the Court to consider the above-ordered briefing.

Signed in Baton Rouge, Louisiana, on April 21, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA